JOSEPH A. DETRAGLIA, ESQ., P.C.
ATTORNEY AND COUNSELOR AT LAW
P.O. Box 53
Clinton, New York 13323
(315) 790-8822
JD@DeTragliaLawFirm.com
Bar Admissions: New York & Massachusetts

June 25, 2025

*Via CM/ECF*
Hon. Therese Wiley Dancks
United States Magistrate Judge
Federal Building and U.S. Courthouse
100 S. Clinton Avenue
Syracuse NY 13261-7346

  Re: <u>Pepperine v. Mohawk Valley Community College</u>
     N.D.N.Y. C.A. No. 6:25-cv-00176 (GTS/TWD)

Dear Judge Dancks:

  This firm represents Defendant Mohawk Valley Community College in the above-referenced action. I have conferred with counsel for Plaintiff, Rebecca Pepperine, and we have agreed on mediators and are prepared to file a stipulation of selection of mediator in this action. However, we are waiting to hear back regarding the conflicts checks relating to the selection of a mediator under the Court's rules and therefore respectfully request an additional seven (7) days in which to file a stipulation selecting mediator on CM/ECF. This delay is also due in part to a tornado touching down near my offices earlier this week causing power loss and office disruptions.

  The Court's courtesies in this regard are appreciated.

                Respectfully submitted,

                *Joseph A. DeTraglia*

                Joseph A. DeTraglia
                Bar Roll No. 508148

cc: Steven Warshawsky, Esq.