JOSEPH A. DETRAGLIA, ESQ., P.C.
ATTORNEY AND COUNSELOR AT LAW
P.O. Box 53
Clinton, New York 13323
(315) 790-8822
JD@DeTragliaLawFirm.com
Bar Admissions: New York & Massachusetts

July 3, 2025

*Via CM/ECF*
Hon. Therese Wiley Dancks
United States Magistrate Judge
Federal Building and U.S. Courthouse
100 S. Clinton Avenue
Syracuse NY 13261-7346

    Re:    <u>Pepperine v. Mohawk Valley Community College</u>
              N.D.N.Y. C.A. No. 6:25-cv-00176 (GTS/TWD)

Dear Judge Dancks:

    This firm represents Defendant Mohawk Valley Community College in the above-referenced action. Counsel for both parties have agreed on mediators and are prepared to file a stipulation of selection of mediator in this action upon confirmation from the mediators that have been selected, but we continue to await such confirmation and expect to hear back in the near future after recent follow up communications. Based on the upcoming holiday and unexpected delays, I respectfully request an additional fourteen (14) days in which to file a stipulation selecting mediator on CM/ECF.

    The Court's courtesies in this regard will be greatly appreciated.

                                                       Respectfully submitted,

                                                       *Joseph A. DeTraglia*

                                                       Joseph A. DeTraglia
                                                     Bar Roll No. 508148

cc:    Steven Warshawsky, Esq.