# Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

118 North Bedford Road, Suite 100  
Mount Kisco, New York 10549

Tel: (914) 864-3353  
Email: smw@warshawskylawfirm.com

September 15, 2025

**VIA ELECTRONIC CASE FILING**  
Hon. Thérèse Wiley Dancks  
United States Magistrate Judge  
Federal Building & U.S. Courthouse  
100 South Clinton Street  
Syracuse, NY 13261-7346

      Re:    *Rebecca M. Pepperine v. Mohawk Valley Community College*  
                6:25-CV-176 (GTS/TWD) (NDNY)

Dear Judge Dancks:

      I represent Plaintiff Rebecca M. Pepperine in this employment action. I am writing to request a four-week extension in the deadline for the parties to complete mandatory mediation, from October 31, 2025, to November 28, 2025. *See* Section 13.M of the Pretrial Scheduling Order entered May 12, 2025.

      This request is necessitated by my learning this past Thursday that another one of my cases pending in the SDNY has been scheduled for trial starting November 3, with the final pretrial conference scheduled for October 29 – the same date that the parties tentatively had scheduled to conduct the mediation in this case. The case is *Leroy Richardson v. The National Basketball Association*, 23-CV-6926 (DLC) (SDNY). I represent the plaintiff. I expect the trial to last one week.

      In light of this upcoming trial, I need to clear as much of my schedule in late October as possible. Defense counsel, Joseph DeTraglia, and the mediator, John Powers, have very kindly consented to my request to postpone the mediation until after my trial.

      Accordingly, I ask that the Court approve this request and extend the deadline for the parties to complete mandatory mediation to November 28, 2025.

      Respectfully submitted,

      /s/ *Steven M. Warshawsky*

      Steven M. Warshawsky  
      *Attorney for Plaintiff*

cc:      All Counsel of Record (via ECF)